# LAW OFFICES
# THOMAS & LIBOWITZ, P.A.
A PROFESSIONAL ASSOCIATION
SUITE 1100
100 LIGHT STREET
BALTIMORE, MARYLAND 21202-1053
(410) 752-2468
FAX (410) 752-0979
www.tandllaw.com

STEVEN ANARGYROS THOMAS+*
MICHAEL S. LIBOWITZ
ROBERT A. SNYDER, JR.
ROBERT J. LYNOTT+
JOHN R. WISE
CLINTON R. BLACK, IV
C. WAYNE DAVIS
MICHAEL J. COLLINS
FRANCIS R. LAWS
DONNA K. SHOPULSKI

+ ALSO MEMBER OF DC BAR
* ALSO MEMBER OF VA BAR

PETER W. TALIAFERRO
MARGARET L. ARGENT+
SEVERN E.S. MILLER
CHARLES B. JONES
ALEXANDRA C. CLARK
SARA A. WARANCH
YAAKOV E. SPATZ
LISA A. OLIVIERI
E. HARRISON STONE, JR.

COUNSEL
BASIL A. THOMAS
BARRY D. BERMAN

March 11, 2003

The Honorable Frederic N. Smalkin
Chief Judge, United States District Court
For The District Of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, 3rd Floor, Room 310
Baltimore, Maryland 21201

Re:  **Carrie Lesesene v. Home Loan Financing Group, Inc., et al.**
     **Civil Action No. S02-3471**

Dear Judge Smalkin:

We are writing to provide the Court with a Joint Status Report, consistent with this Court's scheduling order, in the above-referenced case.

This case has settled. The parties are currently drafting the settlement agreement and other documents to effectuate the settlement. The parties anticipate that they need an additional thirty (30) days to complete and execute the necessary documents, including the Stipulation of Dismissal. Accordingly, the parties request the Court provide them with an additional thirty (30) days to resolve this matter.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/

Francis R. Laws

FRL/vjl

cc:  Scott Borison, Esquire