UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

March 27, 2003

                Re:    WDQ 02-3471
Dear Counsel:            Lesesene v. Home Loan Financing etal

       This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

       All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles
                COURTROOM DEPUTY:
                DOCKETING CLERK:     S. Franke

                                    Sincerely,

                                    Felicia C. Cannon, Clerk


                              By: _____/s/_____

                                    Deputy Clerk

cc:    JudgesSmalkin/Quarles
        Courtroom Deputy Clerks
        File
        Civil/Criminal Report
        Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk　　　　　　　　　　　　　　　　　　　　　Reply to Northern Division Address

March 27, 2003

　　　　　　　　　　　　　　Re:　WDQ 02-3471
Dear Counsel:　　　　　　　　　Lesesene v. Home Loan Financing etal

　　This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent papers**.  Any papers which fail to carry the correct case number may be returned to the sender.

　　All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

　　　　　　REASSIGNED TO JUDGE:　William D. Quarles
　　　　　　COURTROOM DEPUTY:
　　　　　　DOCKETING CLERK:　　S. Franke

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Felicia C. Cannon, Clerk


　　　　　　　　　　　　　　　By: _____/s/_____

　　　　　　　　　　　　　　　Deputy Clerk

cc:　JudgesSmalkin/Quarles
　　　Courtroom Deputy Clerks
　　　File
　　　Civil/Criminal Report
　　　Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov