LAW OFFICES
# THOMAS & LIBOWITZ, P.A.
A PROFESSIONAL ASSOCIATION
SUITE 1100
100 LIGHT STREET
BALTIMORE, MARYLAND 21202-1053
(410) 752-2468
FAX (410) 752-0979

www.tandllaw.com

STEVEN ANARGYROS THOMAS+*
MICHAEL S. LIBOWITZ
ROBERT A. SNYDER, JR.
ROBERT J. LYNOTT+
JOHN R. WISE
CLINTON R. BLACK, IV
C. WAYNE DAVIS
MICHAEL J. COLLINS
FRANCIS R. LAWS
DONNA K. SHOPULSKI

PETER W. TALIAFERRO
MARGARET L. ARGENT+
SEVERN E.S. MILLER
CHARLES B. JONES
ALEXANDRA C. CLARK
SARA A. WARANCH
YAAKOV E. SPATZ
LISA A. OLIVIERI
E. HARRISON STONE, JR.

+ ALSO MEMBER OF DC BAR
* ALSO MEMBER OF VA BAR

COUNSEL
BASIL A. THOMAS
BARRY D. BERMAN

April 11, 2003

The Honorable William D. Quarles
United States District Court
 For The District Of Maryland
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: Lesesene v. Home Loan Financing, et al.
       Civil Action No. WDQ 02-3471

Dear Judge Quarles:

 We represent Defendant Mortgage Lenders Network USA, Inc. in the above-referenced case. We write to provide you with a status update and request additional time to resolve this matter.

 This case has settled. Initially, the parties requested, and Judge Smalkin approved, thirty (30) days to complete the settlement, and prepare the necessary documentation. Due to circumstances beyond either party's control, however, an additional ten (10) weeks to complete the settlement is necessary as we are awaiting approval from the Baltimore City Board of Estimates with respect to a portion of the agreement. We have been advised that this process for approval will take a minimum of six (6) to eight (8) weeks. Plaintiff has advised Defendant that she does not oppose this request for additional time.

 Accordingly, we respectfully request an additional ten (10) weeks to complete settlement of this matter. Thank you for your time and attention.

        Respectfully submitted,

        /s/

        Sara A. Waranch

SAW/vjl

cc: Scott Borison, Esquire
   Christian LaRoche, Esquire