LAW OFFICES
# THOMAS & LIBOWITZ, P.A.
A PROFESSIONAL ASSOCIATION
SUITE 1100
100 LIGHT STREET
BALTIMORE, MARYLAND 21202-1053
(410) 752-2468

FAX (410) 752-2046
FAX (410) 752-2049

www.tandllaw.com

STEVEN ANARGYROS THOMAS+*
MICHAEL S. LIBOWITZ
ROBERT A. SNYDER, JR.
ROBERT J. LYNOTT+
JOHN R. WISE
CLINTON R. BLACK, IV
C. WAYNE DAVIS
MICHAEL J. COLLINS
FRANCIS R. LAWS
DONNA K. SHOPULSKI

+ ALSO MEMBER OF DC BAR
* ALSO MEMBER OF VA BAR

PETER W. TALIAFERRO
MARGARET L. ARGENT+
SEVERN E.S. MILLER
CHARLES B. JONES
ALEXANDRA C. CLARK
SARA A. WARANCH
YAAKOV E. SPATZ
LISA A. OLIVIERI
E. HARRISON STONE, JR.

COUNSEL
BASIL A. THOMAS
BARRY D. BERMAN

June 23, 2003

The Honorable William D. Quarles
United States District Court
 For The District Of Maryland
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **Lesesene v. Home Loan Financing, et al.**
                 **Civil Action No. WDQ 02-3471**

Dear Judge Quarles:

      We represent Defendant Mortgage Lenders Network USA, Inc. in the above-referenced case. We write to provide you with a status update and request additional time to resolve this matter.

      As you know, this case has settled. We received the documentation from the Board of Estimates last week. Counsel for Plaintiff is in the process of reviewing this documentation, and obtaining the necessary signatures on the loan documents from his client.

      We anticipate that we should be able to file the Stipulation of Dismissal in this matter on or before July 11, 2003. Accordingly, we respectfully request an additional extension up to and include July 11, 2003 to complete settlement of this matter. Thank you for your time and attention.

                                Respectfully submitted,

                                /s/
                            Sara A. Waranch

cc:    Scott Borison, Esquire
         Christian LaRoche, Esquire