IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CARRIE LESESENE | * |
| Plaintiff | * |
| v. | * |
| | * CIVIL ACTION NO. S02-3471 |
| HOME LOAN FINANCING GROUP, INC., successor in interest to THE MONEY GROUP, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

By their respective attorneys, the parties stipulate that any and all claims of Plaintiff Carrie Lesesene are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Scott C. Borison # 22576
Richard C. Wills # 08656
LEGG LAW FIRM, LLC
5500 Buckeystown Pike
Frederick, Maryland 21703
(301) 620-1016

Counsel for Plaintiff,
Carrie Lesesene

_____
Francis R. Laws # 02596
Sara A. Waranch # 26082
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
(410) 752-2468

Attorneys for Defendant,
Mortgage Lenders Network, USA, Inc.

Dated: 7-10-03