IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CARRIE LESESENE | * | |
| Plaintiff | * | |
| v. | * | |
| | * | CIVIL ACTION NO. S02-3471 |
| HOME LOAN FINANCING GROUP, | * | |
| INC., successor in interest to | | |
| THE MONEY GROUP, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

By their respective attorneys, the parties stipulate that any and all claims of Plaintiff Carrie Lesesene are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_/s/_  
Scott C. Borison # 22576  
Richard C. Wills # 08656  
LEGG LAW FIRM, LLC  
5500 Buckeystown Pike  
Frederick, Maryland 21703  
(301) 620-1016  

Counsel for Plaintiff,  
Carrie Lesesene  

Dated: 7-10-03

_/s/ Sara A. Waranch_  
Francis R. Laws # 02596  
Sara A. Waranch # 26082  
THOMAS & LIBOWITZ, P.A.  
100 Light Street, Suite 1100  
Baltimore, Maryland 21202-1053  
(410) 752-2468  

Attorneys for Defendant,  
Mortgage Lenders Network, USA, Inc.